USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                   :
JOHN SICILIANO, JR.,                                               :
                                                                   :
                                       Plaintiff,                  :            1:26-cv-1435-GHW
                                                                   :
                       -v-                                         :            ORDER
                                                                   :
IMPERIAL BAG AND PAPER CO., LLC, *doing*                           :
*business as Imperial Dade*, *et al.*,                             :
                                                                   :
                                       Defendants.                 :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On June 11, 2025, Plaintiff John Siciliano, Jr. first filed this action in the Supreme Court of New York, Monroe County. Dkt. No. 1-1. On June 12, 2025, Mr. Siciliano filed a motion seeking a preliminary injunction. Dkt. No. 2-2. That same day, Defendants removed the action to the Western District of New York. Dkt. No. 1. The parties subsequently briefed contested issues of venue and remand. On February 9, 2026, Chief Judge Wolford denied Plaintiff's motion to remand and granted Defendants' motion to transfer the above-captioned case from the Western to the Southern District of New York pursuant to the forum selection clause contained in the employment agreement—the terms of which are largely the subject of this dispute. *See generally* Dkt. No. 19.

On February 19, 2026, this case was reassigned to me for all purposes. Upon transfer to this District, Plaintiff's motion for a temporary restraining order and preliminary injunction, which he filed on July 25, 2025, was fully briefed and remained pending. *See generally* Dkt. No. 13. Because of the possibility of changed circumstances given the substantial lapse in time since Plaintiff first filed his motion, on February 20, 2026, Dkt. No. 21, the Court ordered that Plaintiff submit a supplemental brief describing any changed circumstances since the time Plaintiff initially filed his motion that significantly impact the motion or indicating whether Plaintiff wished to withdraw his motion no later than March 13, 2026. Because Plaintiff did not submit any such supplemental brief

by the deadline, the Court understands that Plaintiff's motion, Dkt. No. 13, is withdrawn.  If

Plaintiff wishes to seek injunctive relief in the future, Plaintiff should do so in accordance with the

Court's Individual Rules of Practice in Civil Cases.

      SO ORDERED.

Dated:  March 16, 2026
       New York, New York

                                    _____
                                      GREGORY N. WOODS
                              United States District Judge